ATHENE LAW, LLP
Long X. Do (Cal. 211439)
E-mail: long@athenelaw.com
5432 Geary Boulevard, #200
San Francisco, California 94121
Telephone: (415) 680-7419

BELL, McANDREWS & HILTACHK, LLP
Thomas W. Hiltachk (Cal. 131215)
E-mail: tomh@bmhlaw.com
455 Capitol Mall, Suite 600
Sacramento, California 95814
Telephone: (916) 442-7757

POWERS PYLES SUTTER & VERVILLE PC
Rosie Dawn Griffin (DC 1035462)*
E-mail: rosie.griffin@powerslaw.com
1250 Connecticut Ave, NW, 8th floor
Washington, DC 20036
Telephone: (202) 466-6550

*Application for admission pro hac vice forthcoming

*Attorneys for Plaintiffs California Primary Care Ass'n and Open Door Community Health Ctrs.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA PRIMARY CARE ASSOCIATION; OPEN DOOR COMMUNITY HEALTH CENTERS, <br><br> *Plaintiffs*, <br><br> vs. <br><br> SHIRLEY N. WEBER, PH.D., in her official capacity as California Secretary of State; SERVICE EMPLOYEES INTERNATIONAL UNION – UNITED HEALTHCARE WORKERS WEST, as a real-party-in-interest proponent of California Ballot Initiative 25-00008; SHAWNA BROWN, in her capacity as the official proponent of California Ballot Initiative No. 25-00008; and SEAN FLEMING, in his capacity as the official proponent of California Ballot Initiative No. 25-00008, <br><br> *Defendants*. | Case No.: <br><br> **CALIFORNIA PRIMARY CARE ASSOCIATION AND OPEN DOOR COMMUNITY HEALTH CENTERS' CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that Plaintiff California Primary Care Association ("CPCA") has a subsidiary named CPCA Ventures, which is a 509(a)(3) supporting organization; except so specified, CPCA has no parent, subsidiaries, and/or affiliates, and no publicly held corporation owns 10% or more of its stock. Plaintiff Open Door Community Health Centers ("Open Door") has no parent corporation, subsidiaries, and/or affiliates, and no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, in addition to the entity identified above, the named parties, and their counsel of record, the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

CPCA Advocates.

Dated: April 30, 2026.

_____
*/s/ Long X. Do*
LONG X. DO

*Counsel for Plaintiffs California Primary Care Association and Open Door Community Health Centers*

CPCA CERT. OF INTERESTED ENTITES OR PERSONS