BRUCE A. HARLAND, Bar No. 230477
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bharland@unioncounsel.net

Attorneys for Defendants
SEIU – UNITED HEALTHCARE WORKERS WEST;
SHAWNA BROWN; and SEAN FLEMING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PRIMARY CARE ASSOCIATION; OPEN DOOR COMMUNITY HEALTH CENTERS,<br><br>Plaintiff,<br><br>v.<br><br>SHIRLEY N. WEBER, PH.D., in her official capacity as California Secretary of State; SERVICE EMPLOYEES INTERNATIONAL UNION – UNITED HEALTHCARE WORKERS WEST, as a real-party-in-interest proponent of California Ballot Initiative 25-00008; SHAWNA BROWN, in her capacity as the official proponent of California Ballot Initiative No. 25-00008; and SEAN FLEMING, in his capacity as the official proponent of California Ballot Initiative No. 25-00008,<br><br>Defendants. | No. 3:26-cv-03837<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br><br>Judge: Hon. Magistrate Alex G. Tse<br>Court Room: A – 15th Floor<br>Complaint Filed: April 30, 2026 |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
Case No. 3:26-cv-03837

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 20, 2026                    WEINBERG, ROGER & ROSENFELD
                                       A Professional Corporation


                                            */s/* BRUCE A. HARLAND
                                  By:       BRUCE A. HARLAND

                                       Attorneys for Defendants
                                       SEIU – UNITED HEALTHCARE WORKERS
                                       WEST; SHAWNA BROWN; and SEAN
                                       FLEMING

163213\1672174

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
Case No. 3:26-cv-03837

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001