ROB BONTA
Attorney General of California
SETH E. GOLDSTEIN
Supervising Deputy Attorney General
JAY C. RUSSELL
Deputy Attorney General
State Bar No. 122626
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3617
  Fax:  (415) 703-5480
  E-mail:  Jay.Russell@doj.ca.gov
*Attorneys for Defendant*
*California Secretary of State*
*Shirley N. Weber, Ph.D.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA PRIMARY CARE ASSOCIATION; OPEN DOOR COMMUNITY HEALTH CENTERS,**<br><br>Plaintiffs,<br><br>v.<br><br>**SHIRLEY N. WEBER, PH.D., in her official capacity as California Secretary of State, SERVICE EMPLOYEES INTERNATIONAL UNION – UNITED HEALTHCARE WORKERS WEST, as a real-party-in-interest proponent of California Ballot Initiative 25-00008, et al.,**<br><br>Defendants. | 3:26-cv-03837-AGT<br><br>**AMENDED NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT BY DEFENDANT SHIRLEY M. WEBER, PH.D.**<br><br>[Fed. R. Civ. P. 12(b)(1)]<br><br>Date:  July 31, 2026<br>Time: 10:00 a.m.<br>Dept:  Courtroom A – 15th Floor<br>Judge: Hon. Alex G. Tse<br>Trial Date:   Not Scheduled<br>Action Filed: April 30, 2026 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on July 31, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom A of the above-entitled court, located at the Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102, California, Defendant

1

Shirley N. Weber, Ph.D., in her official capacity as California Secretary of State, will and hereby does move this Court to dismiss Plaintiff's Complaint.  (ECF 1.)

Defendant's motion to dismiss is made under Federal Rule of Civil Procedure 12(b)(1) on the grounds that Secretary Weber has sovereign immunity under the Eleventh Amendment of the U.S. Constitution from the claims in Plaintiffs' Complaint and that the Court therefore lacks subject matter jurisdiction.  Specifically, Plaintiffs fail to allege that Secretary Weber has engaged in any ongoing violation of federal law, and that as a State officer she is immune from the allegations in Plaintiffs' Complaint.

This motion is based on this Notice of Motion and Motion, the previously filed Memorandum of Points and Authorities, the papers and pleadings on file, and upon such matters that may be submitted at the hearing.

Dated:  June 17, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
SETH E. GOLDSTEIN
Supervising Deputy Attorney General


 /s/ *Jay C. Russell*
JAY C. RUSSELL
Deputy Attorney General
*Attorneys for Defendant*
*California Secretary of State*
*Shirley N. Weber, Ph.D.*

SA2026302305
45119060

2

# CERTIFICATE OF SERVICE

Case Name:    ***California Primary Care Association, et al. v. Shirley N. Weber, et al.***    Case No.    **3:26-cv-03837-AGT**

I hereby certify that on June 17, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **AMENDED NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT BY DEFENDANT SHIRLEY M. WEBER, PH.D.**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 17, 2026, at San Francisco, California.

<table>
<tr><td>M. Mendiola</td><td></td></tr>
<tr><td>Declarant</td><td>Signature</td></tr>
</table>

SA2026302305